IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


FILED
U.S. DISTRICT COURT
2009 MAR -4 AM 11:44
CLERK
SO. DIST. OF GA.

LENARD HARRIS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-12
)
SHERIFF AL ST. LAWRENCE, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 4th day of March, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA